# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| WHITNEY B. WALKER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-60 |
| | * | |
| v. | * | |
| | * | |
| WARDEN HILTON HALL; RICKY STONE; | * | |
| TABITHA CASTILLO; L. HELLER; GUY | * | |
| AUGUSTIN; and M. ARABECK, all in their | * | |
| individual and official capacities, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. No party to this case has filed any Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, dkt. no. 1, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 4 day of June, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA